# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

FILED by ___DR___ D.C.
ELECTRONIC

**Apr. 06, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**George Longmore**
607 NW 155 Terr
Pembroke Pines Fl, 33028
(954) 871.1602
Plaintiff

## 12-60620-CIV-ZLOCH/ROSENBAUM

Case No. XXXXXX

-v-

**American Coradius International (ACI)**
2420 Sweet Home Rd Ste 150
Amherst NY, 14228

Defendant

## COMPLAINT

Plaintiff, **George Longmore**, hereby sues American Coradius International (ACI). and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for violations of the Florida Consumer Collections Practices Act (FCCPA), Fla. Stat. §559(Part IV); for damages for violations of the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*; and for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. This is an action for damages which do not exceed $5,000.00.

5. Plaintiff, **George Longmore**, is a natural person and is a resident of the State of Florida.

6. Defendant, American Coradius International (ACI), is an Oklahoma Corporation, authorized to do business in Florida.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## FACTUAL ALLEGATIONS

8. On April 15, 2010, American Coradius International (ACI) obtained Plaintiff's credit report from TransUnion without permissible purpose, thereby reducing his credit score.

9. On April 15, 2010, American Coradius International (ACI) obtained Plaintiff's credit report from TransUnion without permissible purpose thus limiting his ability to obtain credit.

## COUNT I
### VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANT American Coradius International (ACI)

10. Paragraphs 1 through 9 are realleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCCPA, Fla. Stat. §559.55(2).

12. American Coradius International (ACI) is a debt collector within the meaning of the FCCPA, Fla. Stat. §559.55(6).

13. American Coradius International (ACI) violated the FCCPA. Defendants' violations include, but are not limited to, the following:
(a) American Coradius International (ACI) violated Fla. Stat. §559.72(3) by not telling Plaintiff that it would disclose to another information affecting Plaintiff's reputation for credit worthiness without also informing Plaintiff that the existence of the dispute would also be disclosed.
(b) American Coradius International (ACI) violated Fla. Stat. §559.72(6) by disclosing information concerning the existence of a debt known to be reasonably disputed by the debtor without disclosing that fact.

WHEREFORE, Plaintiff demands judgment for damages against American Coradius International (ACI) for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

### Count II
### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692e(10). FALSE OR MISLEADING REPRESENTAIONS IN COMMUNICATIONS BY DEFENDANT American Coradius International (ACI).

14. Paragraphs 1 through 9 are realleged as though fully set forth herein.

15. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

16. American Coradius International (ACI) is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

17. American Coradius International (ACI) violated FDCPA 15 U.S.C. §1692e(10) by using deceptive means to collect information about the plaintiff.

WHEREFORE, Plaintiff demands judgment for damages against American Coradius International (ACI) for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## COUNT III
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT American Coradius International (ACI).

18. Paragraphs 1 through 9 are realleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

19. American Coradius International (ACI) is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

20. American Coradius International (ACI) willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
(a) American Coradius International (ACI) willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against American Coradius International (ACI) for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT IV
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT American Coradius International (ACI).

21. Paragraphs 1 through 9 are realleged as though fully set forth herein.

22. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

23. American Coradius International (ACI) is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

24. American Coradius International (ACI) negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:
(a) American Coradius International (ACI) negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against American Coradius International (ACI) for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

## TRIAL BY JURY

25. Plaintiff is entitled and hereby demands a trial by jury.

Respectfully Submitted,
BY: George Longmore